# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00142-CV

**City of Edinburg, Texas, Appellant**

**v.**

**Southern Union Company d/b/a Southern Union Gas Company, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
### NO. 99-01704, HONORABLE PAUL DAVIS, JUDGE PRESIDING

**PER CURIAM**

By joint motion, the parties have notified us that they have reached a settlement agreement and request that the trial court enter that settlement agreement as an agreed judgment. Accordingly, we reverse the trial court judgment and remand the cause to the trial court for entry of a judgment in accordance with the parties' settlement agreement. *See* Tex. R. App. P. 42.1(a)(1), 43.2(d).

Before Chief Justice Aboussie, Justices B. A. Smith and Puryear

Reversed and Remanded on Joint Motion

Filed: November 8, 2001

Do Not Publish